MARY BOCHUM
640 Pyramid Street
San Diego, CA 92114

FILED
08 MAY 16 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0880 L WMc

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, TRUSTEE, Randall D. Naiman, Esq. (#81048), Naiman Law Group, PC | ) CASE NO_____<br>)<br>) Notice of Removal State Court Civil Proceeding<br>) Case No. 37-2008-00043196-CL-UD-CTL<br>) 28 U.S.C. 1441-(46)<br>) **Controversy excess $370,000.00** |
| Plaintiffs | ) All Parties have been currently Served<br>) |
| v | ) |
| RODNEY L. BELLE /MARY BOCHUM and DOES 1 to 6, inclusive | )<br>)<br>) |
| Defendants/ Respondents | ) |

NOTICE TO ALL PARTIES, PLEASE TAKE NOTICE

That the case listed in the above has and will be moved to the United States District Court, Southern District of California, to this Court. All parties have been served pursuant to TITLE 28—JUDICIARY AND JUDICIAL PROCEDURE PART IV—JURISDICTION AND VENUE CHAPTER 89—DISTRICT COURTS; REMOVAL OF CASE FROM STATE COURT. Sec. 1441-(6) procedure for removal. (a) A defendant or defendants desiring to remove any civil action from a State court shall file in the District Court of the United States for the State Division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short

-1-



and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action. Notice is hereby given that defendants Rodney L. Belle / Mary Bochum and Does 1 to 6 inclusive hereby remove this action from the Superior Court of California, County of San Diego to the United States District Court, Southern District of California. The grounds for removal are as follows:

1. Rodney L. Belle / Mary Bochum and Does 1 to 6 inclusive are the defendants in the above-entitled civil action filed in the Superior Court of California, County of San Diego, Central Division Case No. 37-2008-00043196-CL-UD-CTL.

2. In addition, the amount in controversy as to the claims of both parties exceeds $370,000.00, exclusive of interest and costs, in that defendant claims actual damages in excess of $370,000.00 (Three Hundred Seventy Thousand Dollars) treble damages and punitive damages with respect to each of three causes of action. Moreover, state National Rodney L. Belle / Mary Bochum and Does 1 to 6 inclusive are informed and believe base thereupon allege that the cost to Rodney L. Belle / Mary Bochum and Does 1 to 6 inclusive of the equitable and injunctive relief requested by plaintiff exceeds the sum of $370,000.00, exclusive of interest and costs.

Dated: May 13, 2008                    Henceforth Submitted

*Mary Bochum* (signature)
Mary Bochum

```
 1  Randall D. Naiman, Esq. - State Bar No. 81048
    NAIMAN LAW GROUP,
 2  Professional Corporation
    4660 La Jolla Village Drive, Suite 500
 3  San Diego, California 92122
    (858) 535-4808 (telephone)
 4  (858) 535-4809 (facsimile)

 5  Attorney for Plaintiff, US BANK NATIONAL ASSOCIATION, TRUSTEE
```

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CENTRAL DIVISION

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY L. BELLE; and DOES 1 to 6, inclusive<br><br>Defendants. | Case No.: 37-2008-00043196-CL-UD-CTL<br><br>**LIMITED CIVIL CASE**<br><br>**COMPLAINT FOR UNLAWFUL DETAINER**<br><br>**AMOUNT DEMANDED DOES NOT EXCEED $10,000.00**<br><br>**Foreclosure** |

Plaintiff alleges:

1. This court is the proper court for the trial of this action because:

   a. Each Defendant resides and/or conducts business in the area served by this Court;

   b. The real property which is the subject of this action **640 Pyramid Street, San Diego, CA 92114** (hereinafter "the Property"), is located in the area served by this Court; and

   c. The amount of damages claimed in this action does not exceed $10,000.00.

2. Plaintiff is informed and believes and upon such information and belief alleges that Defendant Rodney L. Belle (hereinafter "Defendant") at all times herein

mentioned was, and currently is, a resident of the City of San Diego, County of San Diego, State of California.

3. The true names and capacities of Does 1 through 6, inclusive, are presently unknown to Plaintiff, who therefore sues such Defendant(s) under such fictitious names pursuant to Section 474 of the Code of Civil Procedure. Plaintiff is informed and believes, and on such information and belief, alleges that each such "Doe" Defendant is in possession of the Property, without the permission or consent of Plaintiff, and Plaintiff will amend this complaint to state the true names and capacities of said Defendant(s) when the same have been ascertained.

4. Plaintiff is the owner of and entitled to immediate possession of the Property. Defendant, and each of them, are and remain in possession of the Property.

5. On or about April 7, 2008, the Property was sold to Plaintiff at a trustee's sale following foreclosure proceedings. Said foreclosure and all notices preceding said foreclosure were done in compliance with Section 2924 et. seq. of the California Civil Code, under power of sale contained in a deed of trust executed by Rodney L. Belle, a married man as his sole and separate property, and title under the sale was duly perfected in Plaintiff.

6. On April 30, 2008, in the manner provided by law, Plaintiff caused to be served on Defendant(s), a written notice ("Notice") stating that Plaintiff had purchased the Property and that its title had been duly perfected and demanding that Defendant(s) and all those occupying the Property, quit and deliver up possession of the Property to Plaintiff within three (3) days after service of the Notice. Service of the Notice was accomplished by posting a copy on the Property on April 30, 2008, and mailing a copy to Defendant(s), and each of them, at the Property on April 30, 2008, because no person of suitable age or discretion could be found there. A true and correct copy of the Notice and Proof of Service thereof are attached to this Complaint collectively as Exhibit "A", and incorporated by this reference.

7.  More than three (3) days have elapsed since the service of the Notice, but Defendants have failed and refused to deliver up possession of the Property.

8.  Defendants continue in possession of the Property without Plaintiff's permission or consent.

9.  Defendant(s) hold(s) over and continue(s) in possession of the Property willfully, intentionally and deliberately without permission or consent of Plaintiff, and Plaintiff is entitled to immediate possession of the Property.

10. The reasonable value of the use and occupancy of the Property is the sum of at least $25.00 per day, and damages to Plaintiff caused by Defendant's unlawful detention thereof has accrued at said rate since May 4, 2008, and will continue to accrue at said rate to the date of judgment.

WHEREFORE, Plaintiff prays judgment against Defendant(s) as follows:

1.  For restitution and possession of the Property;
2.  For damages in the amount of at least $25.00 per day from May 4, 2008, to the date of judgment;
3.  For costs of suit; and,
4.  For such other and further relief as the court may deem just and proper.

Dated: May 4, 2008

**NAIMAN LAW GROUP,**
**Professional Corporation**

By: _____
Randall D. Naiman
Attorney for Plaintiff **US BANK NATIONAL ASSOCIATION, TRUSTEE**

Complaint – Unlawful Detainer

## VERIFICATION

I, the undersigned, say:

That I am the attorney for Plaintiff in this action; the Plaintiff is absent from the County of San Diego, California, where I have my office, or the Plaintiff is otherwise unable to verify this pleading, and I make this verification for and on behalf of the party for that reason; I have read the above complaint for unlawful detainer and know its contents; I am informed and believe, and on that ground, allege that the matters stated in it are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 4, 2008 at San Diego, California.

NAIMAN LAW GROUP
Professional Corporation

By: _____
Randall D. Naiman, Esq.
Attorney for Plaintiff **US BANK NATIONAL ASSOCIATION, TRUSTEE**

DATE: MAY 1 6 2008
Attest: A true copy,
Clerk of the Superior Court
By: _S. Little_ Deputy
S. LITTLE

Tot. 4 pg

'08 CV 0880 L WMC

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

08 MAY 16 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## I. (a) PLAINTIFFS
US Bank National Association Trustee Randall D. Noimen, Esq. #81048, Noiman Law Group, PC.

## DEFENDANTS
Rodney L. Belluomini and Mary Bochum and Does 1-6 inclusive

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Randall D. Noiman
4660 La Jolla Village Dr. Ste 500
San Diego, CA 92122

ATTORNEYS (IF KNOWN): Mary Bochum
640 Pyramid St.
San Diego, CA 92114

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC 1441-46 Removal

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 401 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | PERSONAL INJURY |  | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 382 Personal Injury—Med Malpractice | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 385 Personal Injury—Product Liability | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 320 Assault, Libel & Slander | [ ] 650 Airline Regs | [ ] 840 Trademark | [ ] 810 Selective Service |
|  | [ ] 330 Federal Employers' Liability | [ ] 660 Occupational Safety/Health |  | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 340 Marine | [ ] 690 Other | SOCIAL SECURITY | [ ] 875 Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | LABOR | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 350 Motor Vehicle | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | [ ] 355 Motor Vehicle Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) |  |
|  | [ ] 360 Other Personal Injury | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI |  |
|  | PERSONAL PROPERTY |  | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
|  | [ ] 370 Other Fraud |  |  | [ ] 894 Energy Allocation Act |
| REAL PROPERTY | [ ] 371 Truth in Lending | PRISONER PETITIONS | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 380 Other Personal Property Damage | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 385 Property Damage Product Liability | [ ] 530 General | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 230 Rent Lease & Ejectment | CIVIL RIGHTS | [ ] 535 Death Penalty |  | [ ] 890 Other Statutory Actions |
| [ ] 240 Torts to Land | [ ] 441 Voting | [ ] 540 Mandamus & Other |  |  |
| [ ] 245 Tort Product Liability | [ ] 442 Employment | [ ] 550 Other |  |  |
| [ ] 290 All Other Real Property | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act |  |  |
|  | [ ] 444 Welfare | [ ] 790 Other Labor Litigation |  |  |
|  | [X] 440 Other Civil Rights | [ ] 791 Empl. Ret. Inc. Security Act |  |  |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: [X] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE: 5/16/08
SIGNATURE OF ATTORNEY OF RECORD: Mary Boch__

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0880 L WMc

US Bank National Association, Trustee
Randall D. Naiman Esq. 48104g
Naiman Law Group, PC.
Plaintiff

vs.

Rodney L. Belle/
Mary Bochum and
Does 1 to 6, Inclusive.

_____Defendant_____

NO._____

DECLARATION OF SERVICE

Person served:

___Defendants Listed___

Date served:

___5/16/08___

I, The undersigned declare that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

___Notice of Removal of State Court Civil proceeding Case #37-2008-00043196-CL-UD-CTL w/ Exhibits of original complaint, etc.___

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _X_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on ___5/16/08___

Executed on ___5/16___, 2008 at San Diego, California

[signature]