

**FILED**

**5/28/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**US Bank National Association,**                               08cv880-L (WMC)

**-v-**

**Rodney L. Belle, et al.,**

**-v-**

**Respondent Mary Bochum.**

# STRICKEN DOCUMENT

**4-Notice of Appeal**

**4**